UNITED STATES BANKRUPTCY COURT, WESTERN DISTRICT OF WISCONSIN

www.wiwb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

■ _____ Original Plan
☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: David Lester Warfel, Jr.    JOINT DEBTOR: Jeanne Marie Warfel    CASE NO.: 20-11651
SS#: xxx-xx- 8057                    SS#: xxx-xx-8296

## I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 3015-1, 3015-2, and 3015-3.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ■ Included | ☐ Not included |

TO ALL PARTIES:
**Unless otherwise provided for in this plan, the Trustee shall disburse payments in the following order: administrative expenses including trustee and attorney fees, secured claims, priority claims, general unsecured claims.**

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

A. **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees beginning 30 days from the filing/conversion date. Debtor(s) will make payments by employer wage order, unless otherwise specified herein. The payments must be made for the Applicable Commitment Period, either 36 or 60 months, or for a shorter period that is sufficient to pay allowed nonpriority unsecured claims in full.

   1. $3,628.46     for     60     months;

   The total amount of estimated payments to the trustee: $217,707.60

B. **DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| Total Fees: | $3810.00 | Total Paid: | $1810.00 | Balance Due: | $2000.00 |
|---|---|---|---|---|---|
| Payable | $0.00 | /month (Months ___ to ___ ) | | | |

Includes $310 filing fee.

## III. TREATMENT OF SECURED CLAIMS

A. **SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: John & Kathy Ostrowski
   Address: 10220 Locust Rd
            Rosholt, WI 54473
   Arrearage/ Payoff on Petition Date    $125,000
   [Select Payment Type]    $0.00    /month

Account No.: _____

Other: _____

☒ Real Property

    ☐ Principal Residence

    ☒ Other Real Property

Check one below for Real Property:

    ☐ Escrow is included in the regular payments

    ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
1060 Peach Lane
Minocqua, WI 54548

☐ Personal Property/Vehicle

Description of Collateral: Land contract

---

2. Creditor: JP Morgan Chase Bank/Auto

    Address: PO Box 901003
    Fort Worth, TX 76101

Arrearage/ Payoff on Petition Date   $37,355

[Select Payment Type]     $0.00 /month

Account No.: _____

Other: 6.29%

☐ Real Property

    ☐ Principal Residence

    ☐ Other Real Property

Check one below for Real Property:

    ☐ Escrow is included in the regular payments

    ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:

☒ Personal Property/Vehicle

Description of Collateral: 2019 Jeep Cherokee

---

3. Creditor: Sheffield Financial

    Address: PO Box 25127
    Winston-Salem, NC 27114

Arrearage/ Payoff on Petition Date   $4,448.00

[Select Payment Type]     $0.00 /month

Account No.: _____

Other: 1.22%

☐ Real Property

    ☐ Principal Residence

    ☒ Other Real Property

Check one below for Real Property:

    ☐ Escrow is included in the regular payments

    ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:

☒ Personal Property/Vehicle

Description of Collateral: Husqvarna Tractor and Snow Plow attachment

---

4. Creditor: Maher Water Care

    Address:

Arrearage/ Payoff on Petition Date   $1,700.00

[Select Payment Type]     $0.00 /month

Account No.: _____

Other: 5% _____

☐ Real Property
    ☐ Principal Residence
    ☐ Other Real Property

Check one below for Real Property:
    ☐ Escrow is included in the regular payments
    ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:

☐ Personal Property/Vehicle

Description of Collateral: water care system

---

5. Creditor: Big Shed Rental Company, LLC

    Address: P.O. Box 331378
               Murfreesboro, TN 37133

Arrearage/ Payoff on Petition Date   $2,802.96

[Select Payment Type]     $0.00 /month

Account No.: _____

Other: _____

☐ Real Property
    ☐ Principal Residence
    ☐ Other Real Property

Check one below for Real Property:
    ☐ Escrow is included in the regular payments
    ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:

☐ Personal Property/Vehicle

Description of Collateral: shed

---

6. Creditor: Vilas County Treasurer

    Address:

Arrearage/ Payoff on Petition Date   $1,676.37

[Select Payment Type]     $0.00 /month

Account No.: _____

Other: 12%

☒ Real Property
    ☒ Principal Residence
    ☐ Other Real Property

Check one below for Real Property:
    ☐ Escrow is included in the regular payments
    ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:

☐ Personal Property/Vehicle

Description of Collateral: homestead

    **B. VALUATION OF COLLATERAL:**   ☒ NONE

IV.   **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

    **A. ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

    **B. PRIORITY TAX CLAIMS:**   ☒ NONE

C. **DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

D. **OTHER:** ■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

    A. Pay    $0.00    /month

    Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

    B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

    C. **SEPARATELY CLASSIFIED:** ■ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

    ☐ NONE

    ☐ Unless provided for under a separate section, the debtor(s) request that upon confirmation of this plan, the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors/lessors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| Name of Creditor | Collateral | Acct. No. | Assume/Reject |
|---|---|---|---|
| 1. Big Shed Rental Company, LLC | Lofted Barn - 10x12 | 1016 | ■ Assume ☐ Reject |

VII. **INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

    ■ Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.

    ☐ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 USC 521. If returns are requested, the debtor(s) hereby acknowledge that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case pending.

VIII. **NON-STANDARD PLAN PROVISIONS** ☐ NONE

    ■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

This plan is intended to be a "pot" plan. The monies paid to the Trustee shall be paid in the trustee's discretion to the claims as they appear, including the Debtor's attorney's fees, with the unsecured claims being paid last.

The Maher and Big Shed debts arise from lease to purchase agreements. Their claims are being treated as fully amortized with a 5% interest rate added.

☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| | | | |
|---|---|---|---|
| _____ Debtor | Date | _____ Joint Debtor | Date |
| David Lester Warfel, Jr. | | Jeanne Marie Warfel | |

_____
Attorney with permission to sign on    Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**