| 11:30 AM | 1-20-11651-cjf | David Lester Warfel, Jr. and Jeanne Marie Warfel |
|---|---|---|

Ch 13
Trustee: Harring

**Moving:**

**Opposing** Gary L. Dreier        715-997-9080      for Kathy  Ostrowski

for John  Ostrowski

Terri A. Running            612-672-3600      for 21st Mortgage Corporation

**Debtor or Plaintiff**      George B. Goyke        (715) 849-8100      for David Lester Warfel Jr.

for Jeanne Marie Warfel

·LGB

**Matter:** Preliminary hearing on Fourth Amended Chapter 13 Plan (Doc # 97)
-Obj. 21st Mortgage Corp/Running (#100)
-Obj. John & Kathy Ostrowski/Dreier (#101)

**Judge Hearing**

<u>U.S. Bankruptcy Court for the Western District of Wisconsin</u>
<u>Court Proceeding Memo</u>

OUTCOME:
\_\_\_\_\_ Granted      \_\_\_\_\_ Denied      \_\_\_\_\_ Approved      \_\_\_\_\_ Allowed      \_\_\_\_\_ Disallowed
\_\_\_\_\_ In Part      \_\_\_\_\_ Sustained      \_\_\_\_\_ Overruled      \_\_\_\_\_ Settled      \_\_\_\_\_ Withdrawn
\_\_\_\_\_ Other: _____      \_\_\_\_\_ Under Advisement

\_\_\_\_\_ Debtor shall do the following by: _____      \_\_\_\_\_ or the case will be dismissed:
     \_\_\_\_\_ amend plan      \_\_\_\_\_ provide info to TR      \_\_\_\_\_ bring current      \_\_\_\_\_ other: _____

\_x\_ Plan confirmed:      \_\_\_\_\_ Ch. 13 TR      \_\_\_\_\_ Ch. 12 Atty.      \_\_\_\_\_ Ch. 11 Atty.  to submit proposed order

SCHEDULE:
\_\_\_\_\_ Adj. to _____ at _____
     Location: \_\_\_\_\_ Telephone      \_\_\_\_\_ Madison      \_\_\_\_\_ Eau Claire      \_\_\_\_\_ Other: _____
     \_\_\_\_\_ Final/Evidentiary Hearing. Parties agree that \_\_\_\_\_ [hours / day(s)] will be sufficient to hear the matter.
     \_\_\_\_\_ Issue Standard Pre-Hearing Order      \_\_\_\_\_ [Yes / No]      \_\_\_\_\_ Other: _____

\_\_\_\_\_ Briefing Schedule Set:
     _____ Movant's Brief      _____ Response Brief      _____Reply Brief

\_\_\_\_\_ Other Schedule: _____

\_\_\_\_\_ Separate order to be entered by the Court
\_\_\_\_\_ Order to be submitted by: _____
\_x\_ Order at docket no. \_106\_ to be signed

\_\_\_\_\_ ORDER:  For the reasons stated from the bench,

IT IS SO ORDERED:

_____      \_X\_ ECF
Catherine J. Furay,      \_\_\_\_\_ cc: parties in interest
U.S. Bankruptcy Judge      \_\_\_\_\_ cc: parties appearing

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -