UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In Re:

David Lester Warfel, Jr. and
Jeanne Marie Warfel,

Case No. 20-11651

    Debtors.

## NOTICE OF MODIFIED PLAN

    The Debtors have filed a Request to Modify Confirmed Chapter 13 Plan with the Court, a copy of which is attached to this Notice.

    Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

    If you do not want the court to approve the modified plan, or if you want the court to consider your views on modified plan, then within 21 days from the date of this notice, you or your attorney must:

    File with the court a written request for hearing and an objection explaining your position at:

| | | |
|---|---|---|
| U.S. Bankruptcy Court<br>Western District of Wisconsin<br>120 N. Henry Street, Room 340<br>Madison, WI 53703-2559 | **You must also mail a copy to:** | George B. Goyke<br>Attorney at Law<br>2100 Stewart Avenue, Suite 140<br>Wausau WI 54401 |

    If you or your attorney do not take these steps, the court may decide that you do not oppose the modified plan and may enter an order confirming the modified plan.

    Dated this 16th day of September, 2022.

GOYKE & TILLISCH, LLP

_____
George B. Goyke
Attorney for Debtors
Wis. Bar No. 1001340

GOYKE & TILLISCH, LLP
2100 Stewart Avenue, Suite 140
Wausau, WI 54401
(715) 849-8100
goyke@grandlawyers.com