UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In re: David Lester Warfel, Jr. and
Jeanne Marie Warfel,

Chapter 13
Case No.: 20-11651

**REQUEST TO MODIFY CONFIRMED CHAPTER 13 PLAN**

1. The person requesting this plan modification is:

   **X**    The Debtor;

   ____    The Chapter 13 Trustee;

   ____    the holder of an unsecured claim Name: _____

2. Service: A certificate of service must be filed with this request for plan modification, together with the modified Wisconsin Local Form 3015-1.1

3. Designate one of the following:

   **X**    A copy of this proposed modification has been served on the parties (the debtor, the trustee, the United States Trustee and all creditors) as required by Fed. R. Bank. P. 3015(g); or

   ____    A motion requesting limited service is being filed simultaneously with the Court.

4. I request the following modification of the Chapter 13 Plan last confirmed by the Court:

   Skipping one plan payment, increasing final 34 payments to $5,164.33, and updating total payments to $251,302.56.