UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In Re:

David Lester Warfel, Jr. and
Jeanne Marie Warfel,

Case No. 20-11651

    Debtors.

## AFFIDAVIT OF MAILING

STATE OF WISCONSIN    )
                                  ) ss
COUNTY OF MARATHON )

      Elizabeth Holder, being first duly sworn on oath deposes and says that she is one of the legal assistants for Goyke & Tillisch LLP, counsel for the Debtors in the above action; that on the 16th day of September, 2022, unless parties are served thru the CM/ECF System sponsored by the Court, she mailed a true copy of the documents designated below, securely enclosed in an envelope with postage paid thereon and addressed to:

**Please see attached.**

Referenced Documents:                  Notice of Modified Plan,
                                                  First Modified Plan and
                                                  Request to Modify Confirmed Chapter 13 Plan

Signed: _____
               Elizabeth Holder

Subscribed and sworn to before me this 16th day of September, 2022.

_____
Carol D. Rigney, Notary Public
Marathon County, Wisconsin
My Commission Expires 08/03/2025

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0758-1<br>Case 1-20-11651-cjf<br>Western District of Wisconsin www.wiwb.uscour<br>Eau Claire<br>Fri Sep 16 08:48:49 CDT 2022 | (p)21ST MORTGAGE CORPORATION<br>PO BOX 477<br>KNOXVILLE, TN 37901-0477 | AMCOL Systems<br>111 Lancewood Rd<br>Columbia, SC 29210-7523 |
| (p)AMERICOLLECT INC<br>PO BOX 2080<br>MANITOWOC WI 54221-2080 | Ascension Sacred Heart St Mary's<br>PO Box 14099<br>Belfast, ME 04915-4034 | Big Shed Rental Company, LLC<br>PO Box 331378<br>Murfreesboro, TN 37133-1378 |
| Big Shed Rental Company, LLC<br>c/o Hagwood and Tipton, P.C.<br>P.O. Box 726<br>Paris, TN 38242-0726 | Buzza Dreier & Johnson LLC<br>2925 Post Rd<br>Stevens Point, WI 54481-6455 | Byrne Law Office<br>115 Forest St<br>Wausau, WI 54403-5504 |
| Capital One Auto Finance<br>PO Box 259407<br>Plano, TX 75025-9407 | Capital One Auto Finance, a division of<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Capital One Auto Finance, a division of Ca<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Celtic Bank<br>268 S State St, Suite 300<br>Salt Lake City, UT 84111-5314 | John E. Danner<br>Harrold, Scrobell & Danner, S.C.<br>P.O. Box 1148<br>Minocqua, WI 54548-1148 | Dept. of Workforce Development<br>PO Box 7945<br>Madison, WI 53707-7945 |
| Gary L. Dreier<br>Buzza Dreier & Johnson LLC<br>2925 Post Road<br>Stevens Point, WI 54481-6455 | Fed Loan Servicing<br>PO Box 60610<br>Harrisburg, PA 17106-0610 | Fort HealthCare<br>Fort Memorial Hospital<br>611 Sherman Ave E<br>Fort Atkinson, WI 53538-1960 |
| Gary L. Dreier<br>2925 Post Road<br>Stevens Point, WI 54481-6455 | George B. Goyke<br>Goyke & Tillisch LLP<br>2100 Stewart Avenue, Suite 140<br>Wausau, WI 54401-1709 | Mark Harring<br>122 West Washington Ave.<br>Suite 500<br>Madison, WI 53703-2758 |
| Hunter Warfield<br>4620 Woodland Corporate Blvd<br>Tampa, FL 33614-2415 | IRS - Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L<br>6409 Congress Avenue, suite 100<br>Boca Raton, FL 33487-2853 | Jaymel Properties, Inc.<br>522 Davis St<br>Hammond, WI 54015-9606 | John & Kathy Ostrowski<br>10220 Locust Rd<br>Rosholt, WI 54473-8915 |
| John Ostrowski and Kathy Ostrowski<br>2925 Post Road<br>Stevens Point, WI 54481-6455 | Lifts and Docks<br>PO Box 1353<br>Minocqua, WI 54548-1353 | Maher Water Corporation<br>5601 EM Copps Dr<br>Stevens Point, WI 54482-8832 |

| | | |
|---|---|---|
| Margraf Collection Agency, Inc.<br>112 N Main St<br>Fort Atkinson, WI 53538-1827 | Marshfield Clinic Health System<br>1000 N Oak Ave<br>Marshfield, WI 54449-5702 | Mercy Health System<br>1000 Mineral Point Ave<br>Janesville, WI 53548-2940 |
| ONLINE Information Services, Inc.<br>PO Box 1489<br>Winterville, NC 28590-1489 | Old Hickory Buildings, LLC<br>PO Box 331973<br>Murfreesboro, TN 37133-1973 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Terri A. Running<br>Messerli & Kramer, P.A.<br>1400 Fifth St. Towers<br>100 South Fifth Street<br>Minneapolis, MN 55402-1217 | Rynders Companies<br>10322 State Highway 70<br>Minocqua, WI 54548-9708 | Rynders Companies, Inc.<br>10322 Highway 70 West<br>Minocqua, WI 54548-9708 |
| Rynders Companies, Inc;<br>10322 Highway 70 W<br>Minocqua, WI. 54548-9708 | Secretary of Treasury<br>Treasury Department<br>1500 Pennsylvania Avenue N.W.<br>Washington, DC 20220-0001 | Securities and Exchange Commission<br>175 West Jackson Boulevard<br>Suite 900<br>Chicago, IL 60604-2908 |
| Sheffield Financial<br>PO Box 1847<br>Wilson, NC 27894-1847 | Sheffield Financial Co.<br>2554 Lewisville Clemmons Rd<br>Clemmons, NC 27012-8110 | (p)STRIPE INC<br>ATTN LEGAL DEPARTMENT<br>112 GULL DRIVE<br>SOUTH SAN FRANCISCO CA 94080-4806 |
| Synchrony Bank<br>Attn: Bankruptcy Department<br>PO Box 965060<br>Orlando, FL 32896-5060 | TWS Plumbing & Heating<br>2387 Lake Nokomis Rd<br>Tomahawk, WI 54487-9312 | U.S. Trustee's Office<br>780 Regent Street, Suite 304<br>Madison, WI 53715-2635 |
| Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | Vilas County Treasurer<br>330 Court St<br>Eagle River, WI 54521-8362 | WE Energies<br>PO Box 2046<br>Milwaukee, WI 53201-2046 |
| David Lester Warfel Jr.<br>1060 Peach Ln<br>Minocqua, WI 54548-9697 | Jeanne Marie Warfel<br>1060 Peach Ln<br>Minocqua, WI 54548-9697 | Webster Well Drilling<br>PO Box 151<br>Minocqua, WI 54548-0151 |
| Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Wells Fargo WF/FMG<br>PO Box 14517<br>Des Moines, IA 50306-3517 | Wisconsin Department of Revenue<br>Special Procedures Unit<br>P.O. Box 8901<br>Madison, WI 53708-8901 |
| Wisconsin Department of Revenue<br>Special Procedures Unit Bankruptcy<br>P.O. Box 8901  MS 4-SPU<br>Madison, WI 53708-8901 | Wisconsin Public Service<br>PO Box 6040<br>Carol Stream, IL 60197-6040 | Wolters Kluwer Lien Solutions<br>PO Box 29071<br>Glendale, CA 91209-9071 |