UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In re:

David L. Warfel, Jr. and Jeanne M. Warfel,

Case No. 20-11651-cjf

Debtors.

## ORDER EXTENDING TIME TO BRING THE PLAN CURRENT AND TO AMEND THE PLAN

On August 11, 2023, the Debtors moved to extend the time to bring their plan current and to amend the plan.

For cause shown, and upon all the records, files, and proceedings herein, the Debtors' motion is granted. The time for the Debtors to bring their plan current is hereby extended to August 25, 2023.

**IT IS ORDERED.**

### #