## CHAPTER 13 PLAN (Individual Adjustment of Debts)

| | | |
|---|---|---|
| ☐ | _____ | Original Plan |
| ☐ | _____ | Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable) |
| ■ | 3rd | Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable) |

DEBTOR: David Lester Warfel, Jr.   JOINT DEBTOR: Jeanne Marie Warfel   CASE NO.: 20-11651

SS#: xxx-xx- 8057   SS#: xxx-xx-8296

### I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 3015-1, 3015-2, and 3015-3.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ■ Included | ☐ Not included |
| Nonstandard provisions, set out in Section VIII | ■ Included | ☐ Not included |

**TO ALL PARTIES:**
**Unless otherwise provided for in this plan, the Trustee shall disburse payments in the following order: administrative expenses including trustee and attorney fees, secured claims, priority claims, general unsecured claims.**

### II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees beginning 30 days from the filing/conversion date. Debtor(s) will make payments by employer wage order, unless otherwise specified herein. The payments must be made for the Applicable Commitment Period, either 36 or 60 months, or for a shorter period that is sufficient to pay allowed nonpriority unsecured claims in full.

1. $97,062.67   through   38   months;
2. $500.00   for   1   months;
3. $1,000.00   for   3   months;
4. $5,164.00   for   17   months;
5. $62,952.00   for   1   months;
6. $0.00   for   ____   months;
7. $0.00   for   ____   months;

The total amount of estimated payments to the trustee: $251,302.56

**B. DEBTOR(S)' ATTORNEY'S FEE:**   ☐ NONE   ☐ PRO BONO

| | | | | | |
|---|---|---|---|---|---|
| Total Fees: | $11777.00 | Total Paid: | $1998.00 | Balance Due: | $9779.00 |
| Payable | $0.00 | /month (Months ___ to ___ ) | | | |

Includes $310 filing fee.

## III. TREATMENT OF SECURED CLAIMS

### A. SECURED CLAIMS: ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

| 1. Creditor: John & Kathy Ostrowski | | |
|---|---|---|
| Address: 10220 Locust Rd, Rosholt, WI 54473 | Arrearage/ Payoff on Petition Date: $125,000.00 | |
| | Arrears Payment (Cure): _____ /month | |
| Account No.: _____ | | |
| Other: 5% | | |
| ■ Real Property | Check one below for Real Property: | |
| ☐ Principal Residence | ☐ Escrow is included in the regular payments | |
| ■ Other Real Property | ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly | |
| Address of Collateral: 1060 Peach Ln. | | |
| ☐ Personal Property/Vehicle | | |
| Description of Collateral: real estate only - home is manufactured home installed after purchase | | |

| 2. Creditor: JP Morgan Chase Bank/Auto | | |
|---|---|---|
| Address: PO Box 901003, Fort Worth, TX 76101 | Arrearage/ Payoff on Petition Date: $37,355.00 | |
| | [Select Payment Type]: $0.00 /month | |
| Account No.: _____ | | |
| Other: 6.29% | | |
| ☐ Real Property | Check one below for Real Property: | |
| ☐ Principal Residence | ☐ Escrow is included in the regular payments | |
| ☐ Other Real Property | ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly | |
| Address of Collateral: | | |
| ■ Personal Property/Vehicle | | |
| Description of Collateral: 2019 Jeep Cherokee | | |

| 3. Creditor: Sheffield Financial | | |
|---|---|---|
| Address: PO Box 25127, Winston-Salem, NC 27114 | Arrearage/ Payoff on Petition Date: $4,448.00 | |
| | [Select Payment Type]: $0.00 /month | |
| Account No.: _____ | | |
| Other: 1.22% | | |

| | |
|---|---|
| ☐ Real Property | Check one below for Real Property: |
| ☐ Principal Residence | ☐ Escrow is included in the regular payments |
| ☐ Other Real Property | ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly |
| Address of Collateral: | |

■ Personal Property/Vehicle

Description of Collateral: Husqvarna Tractor and Snow Plow Attachment

4. Creditor: Maher Water Care

  Address:   Arrearage/ Payoff on Petition Date   $1,700.00
          [Select Payment Type]   $0.00   /month

  Account No.:
Other:   5%

| | |
|---|---|
| ☐ Real Property | Check one below for Real Property: |
| ☐ Principal Residence | ☐ Escrow is included in the regular payments |
| ☐ Other Real Property | ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly |
| Address of Collateral: | |

■ Personal Property/Vehicle

Description of Collateral: Water Care System

5. Creditor: Big Shed Rental Company, LLC

  Address: PO Box 331378   Arrearage/ Payoff on Petition Date   $2,802.96
       Murfreesboro, TN 37133   [Select Payment Type]   $0.00   /month

  Account No.:
Other:   12%

| | |
|---|---|
| ☐ Real Property | Check one below for Real Property: |
| ☐ Principal Residence | ☐ Escrow is included in the regular payments |
| ☐ Other Real Property | ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly |
| Address of Collateral: Homestead | |

■ Personal Property/Vehicle

Description of Collateral: Shed

6. Creditor: Vilas County Treasurer

  Address:   Arrearage/ Payoff on Petition Date   $1,676.37
          [Select Payment Type]   $0.00   /month

  Account No.:
Other:   12%

☒ Real Property
   ☒ Principal Residence
   ☐ Other Real Property
Address of Collateral:

Check one below for Real Property:
☐ Escrow is included in the regular payments
☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

☐ Personal Property/Vehicle
Description of Collateral:

7. Creditor: Wells Fargo Bank N.A.
   Address: PO Box 10438
   MACF8235-02F
   Des Moines, IA 50306

Arrearage/ Payoff on Petition Date  51.09/1026.68
[Select Payment Type]  $0.00 /month

Account No.:
Other:

☐ Real Property
   ☐ Principal Residence
   ☐ Other Real Property
Address of Collateral:
1060 Peach Lane
Minoqua, WI 54548

Check one below for Real Property:
☐ Escrow is included in the regular payments
☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

☒ Personal Property/Vehicle
Description of Collateral: items purchased from Furniture and Appliancemart

8. Creditor: Rynders Companies, Inc.
   Address: 1032 Hwy 70 W
   Minocqua, WI 54548

Arrearage/ Payoff on Petition Date  $11,459.51
[Select Payment Type]  $0.00 /month

Account No.:
Other:  legal rate of 5%

☒ Real Property
   ☒ Principal Residence
   ☐ Other Real Property
Address of Collateral:

Check one below for Real Property:
☐ Escrow is included in the regular payments
☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

☐ Personal Property/Vehicle
Description of Collateral:

**B. VALUATION OF COLLATERAL:** ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-1.

   1. **REAL PROPERTY:** ☒ NONE
   2. **VEHICLES(S):** ☒ NONE

3. **PERSONAL PROPERTY:** ■ NONE

C. **LIEN AVOIDANCE** ☐ NONE

☐ Judicial liens or nonpossessory, nonpurchase money security interests securing the claims will be avoided to the extent that they impair the exemptions under 11 U.S.C. § 522 as listed below. A separate motion will also be served pursuant to BR 7004 and LR 3015-1.

| 1. Creditor: 21st Mortgage Corporation | Collateral: 1060 Peach Lane, Minocqua, WI 54548 |
|---|---|
| Address: 620 Market Street, Suite 100 | 2019 Skyline manufactured home |
| Knoxville, TN 37902-2207 | Exemption: 11 U.S.C. § 522(d)(1) |
| Account No.: 1678 | |

D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

■ NONE

E. **DIRECT PAYMENTS SECURED CLAIMS:**

■ NONE

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

B. **PRIORITY TAX CLAIMS:** ■ NONE

C. **DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

D. **OTHER:** ■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

A. Pay $0.00 /month

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. **SEPARATELY CLASSIFIED:** ■ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES: Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.**

☐ NONE

☐ Unless provided for under a separate section, the debtor(s) request that upon confirmation of this plan, the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors/lessors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Collateral | Acct. No. | Assume/Reject |
|---|---|---|---|---|
| 1. | Big Shed Company, LLC | Lofted Barn - 10 x 12 | 1016 | ■ Assume ☐ Reject |

VII. **INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

■ Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.

☐ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 USC 521. If returns are requested, the debtor(s) hereby acknowledge that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case pending.

VIII. **NON-STANDARD PLAN PROVISIONS** ☐ NONE

■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

This plan is intended to be a "pot" plan. The monies paid to the Trustee shall be paid in the Trustee's discretion to the claims as they appear, including the Debtor's attorney's fees, with the unsecured claims being paid last.

The Maher and Big Shed debts arise from lease to purchase agreements. Their claims are being treated as fully amortized with a 5% interest rate added.

The claim of Kathy and John Ostrowski received adequate protection payments through confirmation and payments post-confirmation totaling $77,843.70. The plan proposes that the payment of their entire claim will be made through the trustee. Between the adequate protection payments made and the payment set forth in the Plan above, the entire amount of their claim should be paid in full.

The Debtors are pursuing re-financing with creditor 21st Mortgage Corporation to resolve the lien avoidance adversary proceeding and appeal. The financing being discussed would pay off the remaining claim of Kathy and John Ostrowski and the construction lien of Rynders Companies, Inc. Upon completion of the re-financing, the Debtors intend to file an additional modification detailing how the remaining claims in the case shall be addressed.

Section II regarding Plan Payments is drafted to: (1) address the current plan delinquency; (2) reflect that Debtor Jeanne Warfel's net business income has been reduced in recent months due to additional expenses for an employee and marketing, but Debtor anticipates her net income will return to the levels listed on Schedule I at Docket No. 166, Page 5 by January of 2024 when payments will return to the amount of $5,164; (3) include a final payment of $62,952, which is intended to be the re-financing through 21st Mortgage. However, Debtors anticipate this will be completed prior to the 60th month of the plan.

☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| Debtor | Date | Joint Debtor | Date |
|---|---|---|---|
| David Lester Warfel, Jr. | | Jeanne Marie Warfel | |

_/s/ [signature]_ 9/8/2023
Attorney with permission to sign on Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

*In re:*

David Lester Warfel, Jr., and
Jeanne Marie Warfel,

Case No. 20-11651-cjf

Debtors.

## NOTICE OF REQUEST TO MODIFY DEBTORS' CONFIRMED CHAPTER 13 PLAN

Debtors, David L. Warfel, Jr. and Jeanne M. Warfel, by Krekeler Law, S.C., their attorneys, have filed papers with the Court requesting that the Court issue an Order Modifying Debtors' Chapter 13 Plan.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to issue an order modifying Debtors' Chapter 13 Plan, or if you want the court to consider your views on the motion, then on or before September 29, 2023, (21 days) you or your attorney must:

File with the court a written objection and request for hearing, explaining your objection to Debtors' Modified Plan, at:

United States Bankruptcy Court
120 North Henry Street
Madison, WI 53703

If you mail your objection to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

Attorney John P. Driscoll
Krekeler Law, S.C.
26 Schroeder Court, Suite 300
Madison, WI 53711

U.S. Trustee
780 Regent Street, Suite 304A
Madison, WI 53715

Trustee Mark Harring
122 West Washington Ave.
Suite 500
Madison, WI 53703-2578

Unless a written objection and request for hearing is filed with the Court, and served upon the undersigned, an Order may be entered modifying Debtors' Chapter 13 Plan, without further notice or hearing.

**KREKELER LAW, S.C.**

By: ___/s/John P. Driscoll___
John P. Driscoll
State Bar No. 1091318
Attorneys for Debtors,
David L. Warfel, Jr. and Jeanne M. Warfel

**ADDRESS:**
26 Schroeder Court
Suite 300
Madison, WI 53711
(608) 258-8555

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

In re: David Lester Warfel, Jr., and Jeanne Marie Warfel

Chapter 13
Case No.: 20-11651

## REQUEST TO MODIFY CONFIRMED CHAPTER 13 PLAN

1. The person requesting this plan modification is:

    **X**    The Debtor;

    ____    The Chapter 13 Trustee;

    ____    the holder of an unsecured claim Name: _____

2. Service: A certificate of service must be filed with this request for plan modification, together with the modified Wisconsin Local Form 3015-1.1

3. Designate one of the following:

    **X**    A copy of this proposed modification has been served on the parties (the debtor, the trustee, the United States Trustee and all creditors) as required by Fed. R. Bank. P. 3015(h); or

    ____    A motion requesting limited service is being filed simultaneously with the Court.

4. I request the following modification of the Chapter 13 Plan last confirmed by the Court:

    See attached.

Local Form No. 3015-1.3    02/08/2018

# Attachment to Request to Modify Confirmed Chapter 13 Plan

## 3rd Modified:

**Section II. Plan Payments, Length of Plan and Debtor's Attorney's Fees**

    **A.    Monthly Plan Payment**

The payment schedule has been amended to the following:

| | | |
|---|---|---|
| $97,062.67 | through | 38 months |
| $500.00 | for | 1 month |
| $1,000.00 | for | 3 months |
| $5,164.00 | for | 17 months |
| $62,592.00 | for | 1 month |

The total amount of estimated payments to the trustee remains at $251,302.56.

**Section III. Treatment of Secured Claims**

    **A.    John & Kathy Ostrowski**

The monthly payment amount of $2,358.90 has been removed. As noted in the Non-Standard Provision, this plan is intended to be a "pot" plan. The monies paid to the Trustee shall be paid in the Trustee's discretion to the claims as they appear, including the Debtor's attorney's fees, with the unsecured claims being paid last.

**Section VIII. Non-Standard Plan Provisions**

The claim of Kathy and John Ostrowski received adequate protection payments through confirmation and payments post-confirmation totaling $77,843.70. The plan proposes that the payment of their entire claim will be made through the trustee. Between the adequate protection payments made and the payment set forth in the Plan above, the entire amount of their claim should be paid in full.

The Debtors are pursuing re-financing with creditor 21st Mortgage Corporation to resolve the lien avoidance adversary proceeding and appeal. The financing being discussed would pay off the remaining claim of Kathy and John Ostrowski and the construction lien of Rynders Companies, Inc. Upon completion of the re-financing, the Debtors intend to file an additional modification detailing how the remaining claims in the case shall be addressed.

Section II regarding Plan Payments is drafted to: (1) address the current plan delinquency; (2) reflect that Debtor Jeanne Warfel's net business income has been reduced in recent months due to additional expenses for an employee and marketing, but Debtor anticipates her net income will return to the levels listed on Schedule I at Docket No. 166, Page 5 by January of 2024 when payments will return to the amount of $5,164; (3) include a final payment of $62,952, which is intended to be the re-financing through 21st Mortgage. However, Debtors anticipate this will be completed prior to the 60th month of the plan.

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

*In re:*

David Lester Warfel, Jr., and
Jeanne Marie Warfel,

Case No. 20-11651-cjf

Debtors.

## CERTIFICATE OF SERVICE

    The undersigned, being first duly sworn on oath, deposes and says that on September 8, 2023, the Debtors' Modified Chapter 13 Plan, Debtors' Notice of Request to Modify Chapter 13 Plan, and Request to Modify Confirmed Chapter 13 Plan, was electronically filed with the Clerk of Court and served upon the following parties using the ECF system:

| | |
|---|---|
| Office of the U.S. Trustee | Chapter 13 Trustee |
| 780 Regent Street, #304A | 122 West Washington Ave., Suite 500 |
| Madison, WI 53715 | Madison, WI 53703-2578 |

    The undersigned, being first duly sworn on oath, deposes and says that on September 8, 2023, the undersigned mailed, properly enclosed in a postpaid envelope, a copy of the Debtors' Modified Chapter 13 Plan, Debtors' Notice of Request to Modify Chapter 13 Plan, and Request to Modify Confirmed Chapter 13 Plan to all on attached list and to:

David L. Warfel, Jr. and Jeanne M. Warfel
1060 Peach Ln
Minocqua, WI 54548-9697


Cheryl Watson

Subscribed and sworn to before me
This 8th day of September, 2023.

_____
Jan L. Ciha
Notary Public, State of Wisconsin
My commission expires: 06/19/2027

```
Label Matrix for local noticing          (p)21ST MORTGAGE CORPORATION        AMCOL Systems
0758-1                                   PO BOX 477                          111 Lancewood Rd
Case 1-20-11651-cjf                      KNOXVILLE TN 37901-0477             Columbia, SC  29210-7523
Western District of Wisconsin www.wiwb.uscour
Eau Claire
Fri Sep  8 16:20:41 CDT 2023

(p)AMERICOLLECT INC                      Ascension Sacred Heart St Mary's    Big Shed Rental Company, LLC
PO BOX 2080                              PO Box 14099                        PO Box 331378
MANITOWOC WI 54221-2080                  Belfast, ME  04915-4034             Murfreesboro, TN  37133-1378


Big Shed Rental Company, LLC             Buzza Dreier & Johnson LLC          Byrne Law Office
c/o Hagwood and Tipton, P.C.             2925 Post Rd                        115 Forest St
P.O. Box 726                             Stevens Point, WI  54481-6455       Wausau, WI  54403-5504
Paris, TN 38242-0726


Capital One Auto Finance                 Capital One Auto Finance, a division of   Capital One Auto Finance, a division of Capi
PO Box 259407                            AIS Portfolio Services, LP                4515 N Santa Fe Ave. Dept. APS
Plano, TX  75025-9407                    4515 N Santa Fe Ave. Dept. APS            Oklahoma City, OK 73118-7901
                                         Oklahoma City, OK 73118-7901


Celtic Bank                              John A. Cravens                     John E. Danner
268 S State St, Suite 300                Weld Riley, SC                      Harrold, Scrobell & Danner, S.C.
Salt Lake City, UT 84111-5314            500 Third Street                    P.O. Box 1148
                                         Suite 800                           Minocqua, WI 54548-1148
                                         Wausau, WI 54403-4873


Dept. of Workforce Development           Fed Loan Servicing                  Fort HealthCare
PO Box 7945                              PO Box 60610                        Fort Memorial Hospital
Madison, WI 53707-7945                   Harrisburg, PA  17106-0610          611 Sherman Ave E
                                                                             Fort Atkinson, WI  53538-1960


Gary L. Dreier                                                               Hunter Warfield
2925 Post Road                                                               4620 Woodland Corporate Blvd
Stevens Point, WI 54481-6455                                                 Tampa, FL  33614-2415


IRS - Centralized Insolvency Operations  (p)JPMORGAN CHASE BANK  N A         JPMorgan Chase Bank, N.A.
P.O. Box 7346                            BANKRUPTCY MAIL INTAKE TEAM         s/b/m/t Chase Bank USA, N.A.
Philadelphia, PA 19101-7346              700 KANSAS LANE FLOOR 01            c/o Robertson, Anschutz & Schneid, P.L
                                         MONROE LA 71203-4774                6409 Congress Avenue, suite 100
                                                                             Boca Raton, FL 33487-2853


Jaymel Properties, Inc.                  John & Kathy Ostrowski              John Ostrowski and Kathy Ostrowski
522 Davis St                             10220 Locust Rd                     2925 Post Road
Hammond, WI  54015-9606                  Rosholt, WI  54473-8915             Stevens Point, WI 54481-6455


Lifts and Docks                          Maher Water Corporation             Margraf Collection Agency, Inc.
PO Box 1353                              5601 EM Copps Dr                    112 N Main St
Minocqua, WI 54548-1353                  Stevens Point, WI 54482-8832        Fort Atkinson, WI  53538-1827
```

| | | |
|---|---|---|
| Marshfield Clinic Health System<br>1000 N Oak Ave<br>Marshfield, WI 54449-5702 | Mercy Health System<br>1000 Mineral Point Ave<br>Janesville, WI 53548-2940 | ONLINE Information Services, Inc.<br>PO Box 1489<br>Winterville, NC 28590-1489 |
| Old Hickory Buildings, LLC<br>PO Box 331973<br>Murfreesboro, TN 37133-1973 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Noe Joseph Rincon<br>Krekeler Law S.C.<br>26 Schroeder Court, Suite 300<br>Madison, WI 53711-2503 |
| Terri A. Running<br>Messerli & Kramer, P.A.<br>1400 Fifth St. Towers<br>100 South Fifth Street<br>Minneapolis, MN 55402-1217 | | Rynders Companies Inc.<br>10322 Highway 70 West<br>Minocqua, WI 54548-9708 |
| | Secretary of Treasury<br>Treasury Department<br>1500 Pennsylvania Avenue N.W.<br>Washington, DC 20220-0001 | Securities and Exchange Commission<br>175 West Jackson Boulevard<br>Suite 900<br>Chicago, IL 60604-2908 |
| Sheffield Financial<br>PO Box 1847<br>Wilson, NC 27894-1847 | Sheffield Financial Co.<br>2554 Lewisville Clemmons Rd<br>Clemmons, NC 27012-8110 | (p)STRIPE INC<br>ATTN LEGAL DEPARTMENT<br>112 GULL DRIVE<br>SOUTH SAN FRANCISCO CA 94080-4806 |
| Synchrony Bank<br>Attn: Bankruptcy Department<br>PO Box 965060<br>Orlando, FL 32896-5060 | TWS Plumbing & Heating<br>2387 Lake Nokomis Rd<br>Tomahawk, WI 54487-9312 | |
| US Department of Education<br>120 N. Seven Oaks Dr.<br>Knoxville, TN 37922-2359 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | Vilas County Treasurer<br>330 Court St<br>Eagle River, WI 54521-8362 |
| WE Energies<br>PO Box 2046<br>Milwaukee, WI 53201-2046 | | |
| Webster Well Drilling<br>PO Box 151<br>Minocqua, WI 54548-0151 | Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Wells Fargo WF/FMG<br>PO Box 14517<br>Des Moines, IA 50306-3517 |
| Wisconsin Department of Revenue<br>Special Procedures Unit<br>P.O. Box 8901<br>Madison, WI 53708-8901 | Wisconsin Department of Revenue<br>Special Procedures Unit Bankruptcy<br>P.O. Box 8901 MS 4-SPU<br>Madison, WI 53708-8901 | Wisconsin Public Service<br>PO Box 6040<br>Carol Stream, IL 60197-6040 |

Wolters Kluwer Lien Solutions
PO Box 29071
Glendale, CA 91209-9071

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| 21st Mortgage Corp<br>620 Market St Ste 100<br>Knoxville, TN 37902-2207 | (d)21st Mortgage Corporation<br>PO Box 477<br>Knoxville, TN 37901 | (d)21st Mortgage Corporation<br>PO Box 477<br>Knoxville, TN 37901 |
| Americollect<br>PO Box 1566<br>Manitowoc, WI 54221-1566 | Mark Harring<br>122 West Washington Ave.<br>Suite 500<br>Madison, WI 53703-2578 | JP Morgan Chase Bank Auto<br>PO Box 901003<br>Ft Worth, TX 76101-2003 |
| (d)JPMorgan Chase Bank, N.A.<br>National Bankruptcy Department<br>P.O Box 29505 AZ1-5757<br>Phoenix AZ 85038-9505 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541 | Stripe, Inc.<br>510 Townsend St<br>San Francisco, CA 94103-4918 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)John Ostrowski<br>10220 Locust Road<br>Rosholt | (u)Kathy Ostrowski<br>10220 Locust Road<br>Rosholt | End of Label Matrix<br>Mailable recipients   60<br>Bypassed recipients   2<br>Total   62 |